Lee A. Cirsch (SBN 227668)
Lee.Cirsch@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Reginald Whitley and Joann Whitley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REGINALD WHITLEY and JOANN WHITLEY individually, and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

WHIRLPOOL CORPORATION, a Delaware corporation,

Defendant.

Case No.: 8:16-cv-01704 CJC (DFMx)

Hon. Judge Cormac J. Carney

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Complaint served: November 18, 2016
Trial Date: None

Plaintiffs Reginald Whitley and Joann Whitley ("Plaintiffs") respectfully submit Plaintiffs' Response to Order to Show Cause Re Dismissal for Lack of Prosecution (Dkt. No. 24) as follows:

Plaintiffs filed this action on September 13, 2016. (Dkt. No. 1) Plaintiffs served Defendant Whirlpool Corporation ("Defendant") with the summons and complaint on November 18, 2016. (Dkt. No. 8) Accordingly, Plaintiff complied with the 90 day service requirement of Fed. R. Civ. P. 4(m).

Defendant responded to the complaint by filing a motion to dismiss on January 9, 2017. (Dkt. No. 17.) The motion was timely because the parties had stipulated to an extension for the time to respond as permitted by Local Rule 8-3. (Dkt. No. 17.)

The Court denied Defendant's motion to dismiss (in substantial part) on March 7, 2017. (Dkt. No. 17.)

On March 24, 2017, Plaintiffs and Defendant engaged in the Conference of the Parties required by Fed. R. Civ. P. 26(f).

On March 29, 2017, the Court issued its Order to Show Cause Re Dismissal for Lack of Prosecution. (Dkt. No. 24.)

Less than one hour after receiving the Order to Show Cause Re Dismissal for Lack of Prosecution Plaintiffs contacted Defendant and requested that Defendant file its answer by the next day. Defendant immediately confirmed that it would do so. Defendant then filed its Answer on March 30, 2017. (Dkt. No. 25.)

Wherefore, Plaintiffs respectfully submit that they have diligently prosecuted this matter to date and that the Order to Show Cause Re Dismissal for Lack of Prosecution should be discharged.

Dated: March 31, 2017

Respectfully submitted,

CAPSTONE LAW APC

By: /s/ Robert K. Friedl

Lee A. Cirsch
Robert K. Friedl
Trisha K. Monesi

Attorneys for Plaintiffs Reginald Whitley and Joann Whitley