UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 16-01704-CJC (DFMx) | Date | February 15, 2018 |
|---|---|---|---|
| Title | Reginald Whitley et al v. Whirlpool Corporation | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Defendant that this action has been resolved by a Stipulation of Voluntary Dismissal [47], hereby orders this action dismissed WITH prejudice as to the named Plaintiffs' individual claims, and to the putative class' claims without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    \_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk   mku